**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Pedro LABRA–VALLADARES,**
**Defendant—Appellant.**

**No. 04–30211.**
**D.C. No. CR–03–06045–FVS.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 15, 2004.*

Decided Dec. 3, 2004.

Katherine Jill Bolton, Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

K. Elizabeth Dahlstrom, Yakima, WA, for Defendant–Appellant.

Before LEAVY, MCKEOWN, and BERZON, Circuit Judges.

MEMORANDUM**

Pedro Labra–Valladares appeals his sentence imposed following his guilty plea to being an alien found in the United States after deportation, in violation of 8 U.S.C. § 1326. He contends that his 46–month sentence exceeded the statutory maximum allowed under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because he did not admit, and the government did not plead and prove to a jury, his prior aggravated felony conviction, which the court used to increase his term pursuant to 8 U.S.C. § 1326(b)(2) and the United States Sentencing Guidelines. This contention is foreclosed by *United States v. Quintana–Quintana*, 383 F.3d 1052, 1053 (9th Cir.2004) (order denying rehearing and rehearing en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.